United States District Court
Eastern District of California

JOSEPH CLAZENET

Plaintiff(s)

V.

TODD BLANCHE, et al.

Defendant(s)

1:26-cv-06656-TLN-AC

Case Number: 26-at-03203

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cassandra Charles hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Joseph Clazenet

On 10/04/2017 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/24/2026

Signature of Applicant: /s/ Cassandra Charles

**Pro Hac Vice Attorney**

Applicant's Name: Cassandra Charles

Law Firm Name: National Immigration Law Center

Address: P.O. Box 34573

City: Washington State: DC Zip: 20043

Phone Number w/Area Code: (213) 674-2814

City and State of Residence: Suwanee, Georgia

Primary E-mail Address: charles@nilc.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Hannah Comstock

Law Firm Name: National Immigration Law Center

Address: 3450 Wilshire Blvd., No. 108-62

City: Los Angeles State: CA Zip: 90010

Phone Number w/Area Code: (213) 639-3900 Bar # 311680

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 27, 2026

JUDGE, U.S. DISTRICT COURT